UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE P SANTOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROCKWELL COLLINS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-04522-JD<br><br>**ORDER REMANDING CASE** |

The parties have jointly represented that they have agreed to settle this case for an amount less than $5 million, and the jurisdictional minimum required for subject matter jurisdiction under 28 U.S.C. §§ 1332 and 1441 is no longer met. Dkt. No. 27. The parties jointly seek a remand to the state court, where they will seek approval of their proposed class settlement. *Id*.

On these facts, and pursuant to 28 U.S.C. § 1447(c), the case is ordered remanded to the Superior Court of the State of California, County of Alameda.

**IT IS SO ORDERED.**

Dated: August 23, 2024

JAMES DONATO
United States District Judge